IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3133 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINA MARIE BIAGGIO, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has orally moved to reschedule the change of plea hearing, and consents to having the hearing conducted before the undersigned magistrate judge. The motion will be granted.

Accordingly,

IT IS ORDERED that:

1. The defendant's motion to reschedule the change of plea hearing is granted.

2. The hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Zwart on the 1st day of March, 2010, at the hour of 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. The defendant, his counsel, and counsel for the government shall appear at this hearing.

DATED this 25th day of February, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge