IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3133 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTINA MARIE BIAGGIO, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that Defendant Biaggio's sentencing is continued to Friday, July 23, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated April 13, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge