IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3133 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| CHRISTINA MARIE BIAGGIO, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After considering the objection (filing 35) and the motion to file additional objections (filing 40),

IT IS ORDERED that:

(1) An evidentiary hearing on the objections, particularly regarding drug quantity and the method for computing a variance, will be taken up at a two-hour evidentiary hearing commencing at 12:00 noon on Friday, July 23, 2010, with sentencing to follow.

(2) Counsel should confer and advise me if they conclude that the time allocated for the evidentiary hearing is insufficient.

(3) The defendant's motion to file additional objection (filing 40) is granted.

DATED this 28th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge