IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3133 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHRISTINA MARIE BIAGGIO, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff and the defendant,

IT IS ORDERED that:

(1) The defendant's self-surrender date is extended to a date to be determined by the Federal Bureau of Prisons, but no earlier than Friday, January 14, 2011.

(2) Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal.  The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

(3) The United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

Dated September 17, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge